**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARTHUR FERRON,

                        Plaintiff,

           - against -

CITY OF NEW YORK, et al.

                      Defendants.
-----------------------------------------------------------X

**ORDER**

CV 06-0197 (FB) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      Discovery is closed and the parties have submitted their proposed joint pretrial order. After examination of the order, I find that it substantially complies with the requirements of the Honorable Frederick Block, United States District Judge. Accordingly, the joint pretrial order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of Judge Block.

      **SO ORDERED.**

Dated: Brooklyn, New York
         March 2, 2007

                                                  /s/ James Orenstein
                                                  JAMES ORENSTEIN
                                                  U.S. Magistrate Judge